# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

LARRY LLOYD,

          Plaintiff,

  v.

MIKE POWELL, et al.

          Defendants.

NO. C09-5734 BHS/KLS

ORDER GRANTING EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

On March 10, 2010, Defendants filed a Motion to Dismiss. Dkt. 27. The motion was noted for consideration on April 2, 2010. *Id.* On April 1, 2010, Plaintiff filed a motion for extension of time to respond to the Defendants' motion to dismiss. Dkt. 37. Defendants oppose the motion as untimely and not for good cause. Dkt. 38.

Upon review of Plaintiff's motion, Defendants' opposition, and balance of the record, the court finds that a reasonable extension of thirty days is warranted.

Accordingly, it is **ORDERED:**

(1)    Plaintiff's motion for an extension (Dkt. 37) is **GRANTED**; Plaintiff shall file his response to Defendants' motion to dismiss **on or before April 26, 2010.**

ORDER - 1

(2)     The Clerk shall **re-note** Defendants' motion to dismiss (Dkt. 27) for **April 30, 2010,** and send copies of this Order to Plaintiff and counsel for Defendants.

DATED this   14th   day of April, 2010.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge