# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| LARRY LLOYD, <br><br> Plaintiff, <br><br> v. <br><br> MIKE POWELL, et al. <br><br> Defendants. | NO. C09-5734 BHS/KLS <br><br> ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF |

Before the court is Plaintiff's Motion for Leave to File Overlength Response to Defendants' motion to dismiss. Dkt. 40. Pursuant to Local Rule CR 7(e)(3), briefs in opposition to motions to dismiss shall not exceed twenty-four pages. See, *id.* Plaintiff's brief in opposition is twenty-six pages. Dkt. 42.

It is **ORDERED**:

1. Plaintiff's Motion for Leave to File Overlength Response (Dkt. 40) is **GRANTED.**

2. The Clerk shall send copies of this Order to Plaintiff and counsel for Defendants.

**DATED** this __19th__ day of April, 2010.

Karen L. Strombom
United States Magistrate Judge