UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LARRY LLOYD,<br><br>                    Plaintiff,<br><br>       v.<br><br>MIKE POWELL, SERGEANT ED KLAHN,<br>and C/O PROSE,<br><br>                    Defendants. | No. C09-5734 BHS/KLS<br><br>ORDER DIRECTING DEFENDANTS TO<br>RESPOND TO MOTION TO COMPEL |

Before the court is Plaintiff's motion to compel. Dkt. 73. Plaintiff's previous motions to compel were denied as Plaintiff failed to include a certification in his "motions" that he, in good faith, conferred or attempted to confer with the person or party failing to make the discovery in an effort to secure the information or material without court intervention in accordance with Fed. R. Civ. P. 37(a)(2)(B). Dkt. 70. In this motion, Plaintiff contends that he attempted on numerous occasions to confer with counsel for Defendants. Dkt. 73, p. 2.

Plaintiff seeks to compel answers to interrogatories, requests for production and requests for admissions that were directed to Dr. Bokhari. This motion is denied as moot as Dr. Bokhari's motion for summary judgment was granted and all claims against her were dismissed with prejudice. Dkt. 75.

ORDER - 1

1    However, Plaintiff also seeks to compel answers to discovery requests sent to Defendants

2    Sgt. Klahn and Mike Powell.  *See,* Dkt. 73, p. 9.  The court directs Defendants Klahn and Powell

3    to file a response to Plaintiff's motion to compel.

4    Accordingly, it is **ORDERED**:

5    (1)    Plaintiff's motion to compel (Dkt. 73) is **DENIED as moot** as to discovery

6    requests directed to Dr. Bokhari.  Defendants Klahn and Powell are directed to file and serve a

7    response to Plaintiff's motion to compel (Dkt. 73) **on or before August 20, 2010.**

8    (2)    The Clerk of the Court shall send a copy of this Order to Plaintiff and to counsel

9    for Defendants.

DATED this ___29th___ day of July, 2010.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2