# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| LARRY LLOYD,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MIKE POWELL, ED KLAHN, AND C/O PROSE,<br><br>　　　　　Defendants. | NO. C09-5734 BHS/KLS<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE REPLY TO DEFENDANTS' RESPONSE TO MOTION TO AMEND COMPLAINT |

Before the court is Plaintiff's motion for an extension to time to file his reply to the Defendants' response to his motion to amend his complaint. Dkt. 93. Plaintiff requests an extension of time from August 6, 2010 until August 20, 2010. *Id.* Defendants do not object to the extension. Dkt. 97. The court notes that Plaintiff filed his reply on August 19, 2010. Dkt. 96.

Accordingly, it is **ORDERED:**

(1) Plaintiff's motion for an extension (Dkt. 93) is **GRANTED.**

(2) The Clerk shall send copies of this Order to Plaintiff and counsel for Defendants.

DATED this __30th__ day of August, 2010.

　　　　　　　　　　　　　　　　　　_/s/ Karen L. Strombom_
　　　　　　　　　　　　　　　　　　Karen L. Strombom
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER - 1