# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

LARRY LLOYD,

               Plaintiff,

  v.

MIKE POWELL, ED KLAHN, AND C/O PROSE,

               Defendants.

No. C09-5734 BHS/KLS

ORDER REGARDING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT (DKTS. 27 AND 86)

On March 10, 2010, Defendants Mike Powell, Ed Klahn, and Lex Prose filed a Rule 12(b)(6) motion to dismiss. Dkt. 27. Because Plaintiff opposed the motion with various supporting documents and exhibits (Dkts. 42 and 65), the court converted the motion to a Rule 56 motion for summary judgment and re-noted it for consideration. Dkt. 68. On August 2, 2010, Defendants Ed Klahn, Mike Powell, and Lex Prose filed a second motion for summary judgment. Dkt. 86. This motion is noted for August 27, 2010.

Accordingly, it is **ORDERED** that the Court shall consider only the most recently filed summary judgment motion (Dkt. 86) and the Clerk shall **strike** the noting date of the converted motion (Dkt. 27) from the court's calendar. The Clerk of the Court is directed to send copies of this Order to counsel of record and to Plaintiff.

DATED this 30th day of August, 2010.

               Karen L. Strombom
               United States Magistrate Judge

ORDER - 1