**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| LARRY LLOYD,<br><br>              Plaintiff,<br><br>  v.<br><br>MIKE POWELL, ED KLAHN, AND C/O PROSE,<br><br>              Defendants. | NO. C09-5734 BHS/KLS<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

Before the court is Plaintiff's motion for an extension to time to file his response to Defendants' motion for summary judgment. Dkt. 99. Accordingly, it is **ORDERED:**

(1) Plaintiff's motion for an extension (Dkt. 99) is **GRANTED.** Plaintiff shall file his response **on or before September 7, 2010.** Defendants may file a reply **on or before September 10, 2010.**

(2) The Clerk shall **re-note** Defendants' motion for summary judgment (Dkt. 99) for **September 10, 2010.**

(3) The Clerk shall send copies of this Order to Plaintiff and counsel for Defendants.

DATED this __2nd__ day of September, 2010.

                                                                        Karen L. Strombom
                                                                        United States Magistrate Judge