|  |  |
|---|---|
| | |

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| LARRY LLOYD,<br><br>                Plaintiff,<br><br>  v.<br><br>CHIEF MIKE POWELL, SERGEANT ED KLAHN, AND CORRECTIONAL OFFICER PROSE,<br><br>                Defendants. | NO. C09-5734 BHS/KLS<br><br>ORDER GRANTING SECOND EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

Before the court is Plaintiff's second motion for an extension to time to file his response to Defendants' motion for summary judgment. Dkt. 106. Accordingly, it is

**ORDERED:**

(1) Plaintiff's motion for an extension (Dkt. 106) is **GRANTED.** Plaintiff shall file his response **on or before September 27, 2010.** Defendants may file a reply **on or before October 1, 2010.**

(2) The Clerk shall **re-note** Defendants' motion for summary judgment (Dkt. 86) for **October 1, 2010.**

(3) No further extensions of Plaintiff's response deadline shall be granted.

(4) The Clerk shall send copies of this Order to Plaintiff and counsel for Defendants.

DATED this __14th__ day of September, 2010.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge