# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

LARRY LLOYD,

        Plaintiff,

v.

CHIEF MIKE POWELL, SERGEANT ED KLAHN, AND CORRECTIONAL OFFICER PROSE,

        Defendants.

NO. C09-5734 BHS/KLS

ORDER DENYING MOTION

Before the court is Plaintiff's "Motion to Deny Defendants' Reply for Summary Judgment and Deny Defendants' Motion Denying Plaintiff Motion for Extension of Time." Dkt. 110. The court has granted Plaintiff's motion for an extension of time. Dkt. 109. Accordingly, it is **ORDERED:**

(1) Plaintiff's latest motion (Dkt. 110) is **denied as moot.**

(2) The Clerk shall send copies of this Order to Plaintiff and counsel for Defendants.

DATED this  4th  day of October, 2010.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER - 1