# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| LARRY LLOYD,<br><br>                Plaintiff,<br><br>  v.<br><br>CHIEF MIKE POWELL, SERGEANT ED KLAHN, AND CORRECTIONAL OFFICER PROSE,<br><br>                Defendants. | NO. C09-5734 BHS/KLS<br><br>ORDER GRANTING EXTENSION OF JOINT STATUS REPORT DEADLINE |

Before the court is Plaintiff's motion for an order extending the deadline to file the joint status report. Dkt. 111. The current deadline for the filing of the joint status report is October 1, 2010. Defendants' motion for summary judgment (Dkt. 86) is pending at this time. Accordingly, it is **ORDERED:**

1) Plaintiff's motion is **GRANTED**;

2) The parties are directed to confer and provide the court with a joint status report by no later than **December 17, 2010.**

3) The Clerk of the Court is directed to send copies of this Order to Plaintiff and counsel for Defendants.

DATED this  6th  day of October, 2010.

                                          Karen L. Strombom
                                          United States Magistrate Judge