UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| LARRY LLOYD, | No. C09-5734 BHS/KLS |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING PLAINTIFF'S MOTION TO FILE OVERLENGTH RESPONSE BRIEF |
| CHIEF MICHAEL POWELL, SERGEANT ED KLAHN, and C/O PROSE, | |
| Defendants. | |

Before the court is Plaintiff's Motion for Leave to File Overlength Brief. Dkt. 112. Plaintiff requests leave to file an additional 14 pages in his Response to Defendants' Motion for Summary Judgment. Dkt. 112-1. Having considered the motion and balance of the file,

It is **ORDERED**:

1) Plaintiff's Motion for Leave to File Overlength Brief in response to Defendants' Motion for Summary Judgment of fourteen additional pages (Dkt. 112) is **GRANTED.** Pursuant to CR 7(f)(4), the reply brief shall not exceed one-half the total length of the brief filed in opposition.

2) The Clerk shall send a copy of this Order to Plaintiff and to counsel for Defendants.

**DATED** this  6th  day of October, 2010.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1