AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LARRY LLOYD | JUDGMENT IN A CIVIL CASE |
| v. | |
| CHIEF MICHAEL POWELL, et al., | CASE NUMBER: C09-5734BHS |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Lloyd's objections are **OVERRULED**;

Lloyd's motion to file excess pages is **GRANTED**;

The Forks City Defendants' motion to strike is **GRANTED in part and DENIED in part** as discussed herein;

The R & R is **ADOPTED**;

The Court **GRANTS** the Forks City Defendants motion for summary judgment and Lloyd's claims against them are **DISMISSED with prejudice.**

| | |
|---|---|
| March 8, 2011 | WILLIAM M. McCOOL |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |